# EXHIBIT 1

# LAW OFFICE
# TERRY N. GRIMES, ESQ., P.C.
FRANKLIN COMMONS
320 ELM AVENUE, SW
ROANOKE, VIRGINIA 24016-4002

TELEPHONE 540.982.3711
FACSIMILE 540.345.6572

**Terry N. Grimes, Esquire**
tgrimes@terryngrimes.com

**Brittany M. Haddox, Esquire**
bhaddox@terryngrimes.com

July 26, 2016

<u>*Via Hand-Delivery*</u>
Rick S. Kahl, Clerk
General District Court for the City of Roanoke
315 W. Church Avenue
Roanoke, Virginia 24016

    Re:   *Donna Waybright v. CU Realty Services, LLC and Mike Corn*
            <u>Warrant in Debt</u>

Dear Clerk Kahl:

    Please find enclosed an original Warrant in Debt for filing in the above-referenced matter along with five copies and my check for the filing fee. Also, we will effect service upon the defendant through the Secretary of the Commonwealth in this matter.

    If you have any questions or concerns, please let me know.

    I remain,

               Very truly yours,

               TERRY N. GRIMES, ESQ., P.C.

               */s/ Terry N. Grimes*

               Terry N. Grimes

TNG/klk
Enclosures
c:    CU Realty Services, LLC (w/encl.)
      Mike Corn, Manager and CEO
      24200 N. Alma School Road, Unit 50
      Scottsdale, AZ 85255

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia
VA. CODE § 16.1-79

ROANOKE CITY
CITY OR COUNTY

General District Court

315 CHURCH AVENUE, SW ROANOKE, VA 24011
STREET ADDRESS OF COURT

CASE NO. GV16007529

HEARING DATE AND TIME
8/26/2016 at 9:00am

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
WAYBRIGHT, DONNA
C/O TERRY N. GRIMES, ESQ., P.C.
320 ELM AVENUE, SW
ROANOKE, VA 24016

V.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
CU REALTY SERVICES, LLC
MIKE CORN, MANAGER AND CEO
24200 N. ALMA SCHOOL ROAD, UNIT 50
SCOTTSDALE, AZ 85255

**WARRANT IN DEBT**

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on August 26, 2016 at 9:00am, to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

DATE ISSUED 07/26/16
[ ] CLERK  [✓] DEPUTY CLERK  [ ] MAGISTRATE
C. Buck

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 8,016.22 .. net of any credits, with interest at 6.00 % from date of 12.31.2012 until paid,
$ 46.00 costs and $ Statutory attorney's fees with the basis of this claim being

VIOLATION OF FAIR LABOR STANDARDS ACT, 29 USC 201, ET SEQ.

[ ] Open Account  [ ] Contract  [ ] Note  [×] Other (EXPLAIN)

HOMESTEAD EXEMPTION WAIVED? [ ] YES [×] NO   [×] cannot be demanded
7/26/2016
DATE        [✓] PLAINTIFF  [×] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you may appear on the return date to try this case.
[×] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars  ORDERED .......... DUE ..........
Grounds of Defense  ORDERED .......... DUE ..........

ATTORNEY FOR PLAINTIFF(S)
TERRY N. GRIMES
320 ELM AVENUE, SW ROANOKE, VA 24016

ATTORNEY FOR DEFENDANT(S)

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ..........
for $ .......... net of any credits, with interest at .......... % from date
of .......... until paid, $ .......... costs and $ .......... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT
[ ] NON-SUIT  [ ] DISMISSED
Defendant(s) Present?  [ ] YES
                       [ ] NO

.......... ..........
DATE      JUDGE

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.
.......... ..........
DATE      CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

NAME ............ MIKE CORN ............

ADDRESS ........ CU REALTY SERVICES, LLC
24200 N. ALMA SCHOOL RD.
UNIT 50, SCOTTSDALE, AZ 85255 ........

[✓] PERSONAL SERVICE   Tel. No. ........

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[✓] NOT FOUND  ............ for ............

SERVING OFFICER ............

[ ] DATE ............

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04

---

NAME ............

ADDRESS ............

[ ] PERSONAL SERVICE   Tel. No. ........

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND ............ for ............

SERVING OFFICER ............

DATE ............

---

NAME ............

ADDRESS ............

[ ] PERSONAL SERVICE ........

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND ............ for ............

SERVING OFFICER ............

DATE ............

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

DATE July 26, 2016

[ ] Plaintiff
[✓] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ............
Interrogatories issued on: ............
Garnishment issued on ............



# COMMONWEALTH of VIRGINIA
### Secretary of the Commonwealth

POST OFFICE BOX 2452     RICHMOND, VIRGINIA 23218-2452

## NOTICE OF SERVICE OF PROCESS

CU Realty Services, LLC c/o Mike Corn     8/8/2016
24200 N. Alma School Road, Unit 50
Scottsdale, AZ 85255

Donna Waybright

vs.

CU Realty Services, LLC c/o Mike Corn

**Warrant**

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process.

If you have any questions about the matter, PLEASE contact <u>the CLERK of the enclosed/below mentioned court</u> or any attorney of your choice. <u>Our office does not accept payments on behalf of debts.</u> The Secretary of the Commonwealth's ONLY responsibility is to mail the enclosed papers to you.

COURT:

Roanoke City General District Court
315 W Church Avenue SW, 2nd Floor
Roanoke, VA 24016

Service of Process Clerk
Secretary of the Commonwealth's Office

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Case No. GV16007529

Commonwealth of Virginia

ROANOKE CITY ................................ Circuit Court

WAYBRIGHT, DONNA    v.    CU REALTY SERVICES, LLC
                                c/o MIKE CORN

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: ☐ Summons and Complaint    ☐ Notice
             ☒ WARRANT IN DEBT

I, the undersigned Affiant, state under oath that
☒ the above-named defendant
  ☐ whose last known address is ☐ same as above ☒ 24200 N. Alma School Road, Unit 50, Scottsdale, AZ 85255

1. ☒ is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. ☐ is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

August 26, 2016 is the hearing date and time on the attached process or notice.

7/27/2016 DATE

☐ PARTY ☒ PARTY'S ATTORNEY ☐ PARTY'S AGENT ☐ PARTY'S REGULAR AND BONA FIDE EMPLOYEE

State of Virginia    ☒ City ☐ County of Roanoke

Acknowledged, subscribed and sworn to before me this day by TERRY N. GRIMES
PRINT NAME OF SIGNATORY

7/27/2016 DATE

Karen L. Kidwell
☐ CLERK ☐ MAGISTRATE ☒ NOTARY PUBLIC
Notary Registration No. 230058    My commission expires: 4/30/2020

☒ Verification of the date of filing of the certificate of compliance is requested and a self-addressed stamped envelope is provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On AUG 03 2016, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On AUG 03 2016, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 11/07
VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51